☐ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLORIA SHEPHERD,

        Plaintiff,

v.

LAW OFFICES OF COHEN & SLAMOWITZ, LLP.

        Defendant.

---

JUDGE CONNER

COMPLAINT

**08 CIV. 6199**

CIVIL ACTION NO:

## INTRODUCTION

1. This is an action for damages and declaratory judgment brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter, "FDCPA") and New York General Business Law § 349 (hereinafter, "NYGBL § 349").

2. Plaintiff also sues Defendant for Defamation.

3. Plaintiff brings suit based on the unfair, abusive and deceptive practices employed by Defendant in its attempt to collect an alleged debt from Plaintiff.

## JURISDICTION AND VENUE

4. The Court's jurisdiction is conferred by 15 U.S.C. § 1692k.

5. Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

6. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

7. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GLORIA SHEPHERD,

    Plaintiff,

v.

LAW OFFICES OF COHEN & SLAMOWITZ, LLP.

    Defendant.

JUDGE CONNER

COMPLAINT

**08 CIV. 6199**

CIVIL ACTION NO:

### INTRODUCTION

1. This is an action for damages and declaratory judgment brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter, "FDCPA") and New York General Business Law § 349 (hereinafter, "NYGBL § 349").

2. Plaintiff also sues Defendant for Defamation.

3. Plaintiff brings suit based on the unfair, abusive and deceptive practices employed by Defendant in its attempt to collect an alleged debt from Plaintiff.

### JURISDICTION AND VENUE

4. The Court's jurisdiction is conferred by 15 U.S.C. § 1692k.

5. Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

6. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

7. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLORIA SHEPHERD,

    Plaintiff,

v.

LAW OFFICES OF COHEN & SLAMOWITZ, LLP.

    Defendant.

---

JUDGE CONNER

COMPLAINT

08 CIV. 6199

CIVIL ACTION NO:

### INTRODUCTION

1. This is an action for damages and declaratory judgment brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter, "FDCPA") and New York General Business Law § 349 (hereinafter, "NYGBL § 349").

2. Plaintiff also sues Defendant for Defamation.

3. Plaintiff brings suit based on the unfair, abusive and deceptive practices employed by Defendant in its attempt to collect an alleged debt from Plaintiff.

### JURISDICTION AND VENUE

4. The Court's jurisdiction is conferred by 15 U.S.C. § 1692k.

5. Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

6. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

7. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## PARTIES

1. Plaintiff Gloria Shepherd (hereafter, "Mrs. Shepherd") is a natural person who resides in White Plains, New York.

2. Mrs. Shepherd is a consumer under the FDCPA, § 1692a(3).

3. Defendant Cohen and Slamowitz, LLP (hereafter, "C&S") is a limited liability partnership engaged in the business of collecting debts in this state, with its principal place of business located at 199 Crossways Park Drive, Woodbury, NY 11797-9004.

4. C&S's principal purpose is the collection of debts and C&S regularly attempts to collect debts alleged to be due another.

5. C&S is a debt collector under the FDCPA, §1692a(6).

## FACTS

6. In approximately December, 2007, Ms. Shepherd's bank account was restrained by Defendant, allegedly on the basis of a default judgment obtained in <u>MRC Receivables Corp. v. Shepherd</u>, CV 2005-1743, an action brought by MRC Receivables Corp. (hereinafter "MRC") against Mrs. Shepherd in White Plains City Court ("the State Action"), in which C&S was MRC's counsel of record.

7. At the time the above referenced State Action was commenced against Mrs. Shepherd, she had already settled the debt in full and provided written proof of same to Defendant in the form of cancelled checks.

8. Specifically, Mrs. Shepherd settled this debt in November/December of 2004 and, in response to Defendants' debt collection efforts provided Defendants with copies of

pecuniary harm.

15. The monies which C&S sought to collect from Mrs. Shepherd are a "debt" under the FDCPA, § 1692a(5).

## FIRST CAUSE OF ACTION
**The Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA")**

16. Mrs. Shepherd repeats and re-alleges and incorporates by reference the foregoing paragraphs.

17. Defendant's actions and omissions as set forth above constitute violations of the FDCPA, defendants violated the FDCPA. These violations include, without limitation:

   a. Threatening, attempting and/or actually taking collection activity against Mrs. Shepherd with regard to a debt she already had already paid/settled, in violation of §§1692e, 1692e(2); 1692e(5); 1692e(8); 1692e(10); 1692f, 1692f(1).

   b. Communicating directly with Mrs. Shepherd when Defendants knew she was presented by an attorney with respect to such debt and had knowledge of such attorney's name and address, in violation of § 1692c.

   c. Sending Mrs. Shepherd a deceptive and/or misleading letter, dated January 31, 2008, which did not make clear that by offering to vacate the judgment against Mrs. Shepherd other than "with prejudice", Defendants had reserved their ability to refile the state action at a later date, in violation of §§1692e, 1692e(2), and 1692f.

   d. Reporting to one or more Credit Reporting Agencies that Mrs. Shepherd owed

### THIRD CAUSE OF ACTION
**Defamation**

22. Mrs. Shepherd repeats and re-alleges and incorporates by reference the foregoing paragraphs.

23. Defendant made false and defamatory statements concerning Mrs. Shepherd.

24. Specifically, and without limitation, Defendant stated that Mrs. Shepherd was late in paying a debt when, in fact, Mrs. Shepherd had already paid/settled the alleged debt.

25. Defendant knew or should have known that that these statements were false.

26. Defendant published these statements to numerous third parties, including the Credit Reporting Agencies.

27. The publication of these false and defamatory statements to said third parties resulted in injury, including pecuniary injury, to Mrs. Shepherd.

**WHEREFORE** Mrs. Shepherd respectfully requests this Court to:

a. On the FIRST CAUSE OF ACTION (FDCPA), Declaratory Judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692 k;

b. On the SECOND CAUSE OF ACTION (NYGBL § 349), actual damages, three times the actual damages up to $1000, costs and reasonable attorneys fees pursuant to NYGBL § 349(h);

c. On the THIRD CAUSE OF ACTION (DEFAMATION), actual damages, punitive damages, costs and reasonable attorneys fees;

d.  Award such other and further relief as law or equity may provide.

Respectfully Submitted,

*[signature]*

Daniel A. Schlanger, Esq.
Schlanger & Schlanger, LLP
1025 Westchester Ave., Suite 108
White Plains, NY 10604
Ph: 914-946-1981
Fax: 914-946-2930
email: daniel@schlangerlegal.com

```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO                    0744
RECIPIENT ADDRESS           915163647266
DESTINATION ID
ST. TIME                    12/07 09:26
TIME USE                    00'47
PAGES SENT                  6
RESULT                      OK
```

GLORIA SHEPHERD
17 Lincoln Avenue
White Plains, New York 10606
Tel: (914) 481-4034
Cell: (914) 426-3016

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | Gene Michaels- | Fax: | (516) 364-7266 (516) 584-1008 |
| | Cohen & Slamowitz, LLP | | |
| From: | Gloria Shepherd | Date: | 12/07/2005 |
| Re: | Midland Credit Mgt.- for Household/Orchard Bank | Pages: | 2 with cover |
| CC: | File No. C 142446 | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Mr. Michaels:

Enclosed please find copies of the two checks that were cashed by Midland Credit Management, last year to close out this account. It was a great struggle to pay such a large sum for me at the end of the year, but I felt that the savings outweighed the sacrifice.

Please see attached letter for details.



Period:
Page:





Ck. No. 203     12/20     $115.00



Midland Credit →

Ck. No. 203     01/06     $470.00

Account No. 670-3620777



Ck. No.203                12/20                $115.00



Ck. No.203                01/06                $470.00



Ck. No.204                12/23                $225.00

```
12/26/2007  22:23   9146846137              FEDEX KINKOS                    PAGE  01
                                                                            @001

                              *************************
                              ***    TX REPORT     ***
                              *************************

             TRANSMISSION OK

             TX/RX NO                  0746
             RECIPIENT ADDRESS         915165841008
             DESTINATION ID
             ST TIME                   12/09 16:11
             TIME USE                  00'58
             PAGES SENT                4
             RESULT                    OK
```

---

**FACSIMILE TRANSMISSION COVER SHEET**

Date: 12/8/06
To: Gene Michael
Firm/Company: Law Offices of Cohen
From: Gloria Shepherd / Shamowitz, LLP
Re: Household / Orchard Bank
Our Reference:
Your Reference: C 14244b
Pages to Follow:

Fax No.: (516) 584-1008
Phone: (610) 686-8989
x pgs

**COMMENTS:**

MR. Michael -
As discussed, enclosed please find copies of the Bank of New York microfiche of the two checks paid to Midland Credit Management, Inc. last year.

Sincerely, Gloria Shepherd

12/26/2007 22:16   9146846137                FEDEY KINKOS                          PAGE 01

DDA: 6703620777                    Check Image Archive                         Dec 1 2005

Page 1 of 1                           Image View                              04:32:29 PM

GLORIA SHEPHERD
17 LINCOLN AVE                            THE BANK OF NEW YORK
WHITE PLAINS, NY 10606                    500 ASHFORD AVE
                                          ARDSLEY, NY 10502
Pay to the Order of                 660140525  29  120204     CHARGE   00000202
MIDLAND CREDIT MANAGEMENT, INC.
8875 AERO DRIVE                                                        11/30/04
SAN DIEGO, CA 92123
                                                                       $500.00
THE SUM OF 500 DOLLARS AND 00/CENTS
Payable in U.S. Funds
MEMO:
8507249365                                SIGNATURE NOT REQUIRED
@ PH

⑈000000202⑈  ⑆021902352⑇        6703620777⑈  ⑆00000500000⑇

[Bank endorsements and processing marks:]
021000089   8216   12/03/04 PAID
800000     CHARGE
1862 660140525 120204  HARRISON NEW YORK
                        2500821594

                   WFB NA-CA, 12012004
                   TRACER 3460 FKTG 826
                   ▶122105278
                   082482609

[Endorsement stamp:]
PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
MIDLAND CREDIT
MANAGEMENT INC.
4496809732

| View Selection | Posting Date | Amount | Serial No. | Sequence No. | Source | Type | Status | Description |
|---|---|---|---|---|---|---|---|---|
| 71 | 12/03/2004 | $500.00 | 202 | 000000000025216M | Check | Debit | Post | CHECK |

12/26/2007  22:14   9146846137   FEDEY KINKOS   PAGE 01

DDA: 6703620777

Check Image Archive

Page 1 of 1

Dec 1 2005

Image View

04:42:39 PM

GLORIA SHEPHERD
17 LINCOLN AVE
WHITE PLAINS, NY 10606

THE BANK OF NEW YORK
500 ASHFORD AVE
ARDSLEY, NY 10502

Pay to the Order of

660102578  29  010505   CHARGE  00000203

MIDLAND CREDIT MANAGEMENT, INC.
8875 AERO DRIVE
SAN DIEGO, CA 92123

12/31/04

THE SUM OF 470 DOLLARS AND 00/CENTS
Payable in U.S. Funds

$470.00

MEMO:
8507249365
G PH

SIGNATURE NOT REQUIRED

⑈000000203⑈ ⑇021902352⑇:   6703620777⑈ ⑇00000047000⑇

021000089   8216
B00000          CHARGES PAID
1885 660102578

2200708888

▶122195278
0624316629

| View Selection | Posting Date | Amount | Serial No. | Sequence No. | Source | Type | Status | Description |
|---|---|---|---|---|---|---|---|---|
| 8 | 01/08/2005 | $470.00 | 203 | 00000000000022708508 | Check | Debit | Post | CHECK |

**SCHLANGER & SCHLANGER, LLP**
ATTORNEYS AT LAW

1025 WESTCHESTER AVENUE, SUITE 108
WHITE PLAINS, NEW YORK 10604
TEL: 914-946-1981 • FAX: 914-946-2930

Michael Schlanger, Esq.
Daniel Schlanger, Esq.*
*Admitted in NY & OH

email: daniel@schlangerlegal.com
website: www.schlangerlegal.com

January 21, 2007

David A. Cohen, Esq.
Cohen & Slamowitz, LLP
199 Crossways Park Drive
Woodbury, NY 11797

Re: MRC Receivables Corp. v. Shepherd, CV 2005-1743
Our file number: 30.633

Dear Mr. Cohen,

This office represents Ms. Gloria Shepherd in the above referenced matter. You recently restrained my client's bank account on the basis of a default judgment. Ms. Shepherd settled this debt in full in December, 2004. In this regard, please see the attached documents, including her previous correspondence with your office in December, 2005 and December 2006 supplying you with irrefutable proof of her payment prior to commencement of this lawsuit. In addition, Ms. Shepherd did not receive proper service of the Summons & Complaint.

Your office's behavior in this case is egregious, and violates, interalia, various provisions of the FDCPA, including but not limited to 15 U.S.C. 1692(f), (f)(1), (e), e(2), e(8) and e(10). As you may be aware, pursuant to 1692(k), a prevailing consumer is entitled not only to actual and statutory damages, but also mandatory costs and attorneys fees. If you wish to avoid litigation please take all of the following steps on or before February 1, 2008:

1. Deliver a certified check made out to Schlanger & Schlanger, LLP in the amount of $2750 to my office at the address listed above. This check must be received on or before February 1, 2008

2. Prepare and sign a Stipulation To Vacate Judgment, vacating the judgment against my client signed by both your firm and the plaintiffs. Send this document to my attention. Assuming I find it satisfactorily drawn, I will sign it and file it with the Court.

3. Send Ms. Shepherd's bank a Release of Execution cancelling the restraint you have placed on her account, copy to my attention.

4. Instruct all three major Credit Reporting Agencies in writing that you are vacating the judgment against my client; that this debt was settled in full in December 2004; and that the trade line regarding this debt is to be deleted. Send a copy of each letter to my attention.

Failing to receive all of the below by February 1, 2008, I have been instructed to proceed against your firm and all other responsible parties without further notice.

Regards,

Daniel Schlanger

# Law Offices
## Cohen & Slamowitz, LLP

(516) 686-8950
(800) 293-6006 ext. 8950
Fax 516 908-7993

199 Crossways Park Drive
P.O. Box 9004
Woodbury, NY 11797-9004

January 31, 2008

GLORIA SHEPHERD
17 LINCOLN AVE
WHITE PLAINS NY 10606

Re: Original Creditor: HOUSEHOLD/ORCHA RD BANK
Creditor: MRC Receivables Corp.
Account No. 5413360051236857
C&S File No. C142446
Index No. 1743/05

Dear GLORIA SHEPHERD:

ENCLOSED PLEASE FIND A CONSENT TO VACATE JUDGMENT IN CONNECTION WITH THE ABOVE REFERENCED MATTER. KINDLY RETAIN THE DISCONTINUANCE FOR YOUR RECORDS.

IF YOU SHOULD HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT THIS OFFICE.

VERY TRULY YOURS,

COHEN & SLAMOWITZ, LLP
BY: MITCHELL G. SLAMOWITZ, ESQ./DAVID A. COHEN, ESQ.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

[Note: Exhibit redacted by Plaintiff's counsel to omit information protected by attorney client privilege.]

CITY COURT OF CITY OF WHITE PLAINS
COUNTY OF WESTCHESTER, STATE OF NEW YORK
------------------------------------------------X

MRC Receivables Corp.

        PLAINTIFF,

INDEX NUMBER 1743/05
FILE NO. C142446

-AGAINST-

GLORIA SHEPHERD

**CONSENT TO VACATE JUDGMENT**

        DEFENDANT(S).
------------------------------------------------X

    IT IS HEREBY CONSENTED TO, BY THE UNDERSIGNED, THAT THE JUDGMENT ENTERED AGAINST GLORIA SHEPHERD ON November 2, 2005 MAY BE VACATED BY THE CLERK OF THE COURT.

DATED:    January 31, 2008

COHEN & SLAMOWITZ, LLP
BY: MITCHELL G. SLAMOWITZ, ESQ./DAVID A. COHEN, ESQ.
ATTORNEYS FOR PLAINTIFF

PConVac

[Note: Exhibit redacted by Plaintiff's counsel to omit information protected by attorney client privilege.]