UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AT WHITE PLAINS
-----------------------------------------------------------------X
GLORIA SHEPHERD,

               Plaintiff,               Case No.: CV 08 6199 (WCC)

   -against-


LAW OFFICES OF COHEN & SLAMOWITZ, LLP.,

               Defendant.
-----------------------------------------------------------------X


## RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9) and to enable District Judges and Magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE LAW OFFICES OF COHEN & SLAMOWITZ, LLP.(a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                N/A

Dated:  Melville, New York
          August 6, 2008

                              Law Offices of Michael G. Mc Auliffe, Esq.
                              Counsel to Cohen & Slamowitz, LLP.


                    By:    */s/ Michael G. Mc Auliffe*
                            Michael G. Mc Auliffe, Esq.
                            48 South Service Road, Suite 102
                            Melville, New York 11747
                            (631) 465-0044